

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2022

No. 04-22-00295-CR

Joshua **CASAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR4739
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The appellate record was complete on September 13, 2022, and we set Appellant's brief due on October 13, 2022.  On September 20, 2022, a supplemental clerk's record was filed, but its contents did not justify resetting the appellate timetable.

On October 17, 2022, Appellant filed a first motion for an extension of time to file the brief until November 21, 2022.

Appellant's motion is GRANTED.  Appellant's brief is due on November 21, 2022.  *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2022.

_____
Michael A. Cruz,
Clerk of Court